IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07-MJ-055-6 |
| | ) | |
| TYRONE LARRY | ) | |

### ORDER

All charges against Defendant Tyrone Larry were dismissed on December 14, 2007, pursuant to an Order of Dismissal. (Doc. no. 39.)

Surety Keathy Graham (f/k/a Keathy Larry) has requested return of the $2,500.00 cash security posted on Defendant's $25,000.00 bond. (Doc. no. 40.)

The Court hereby **GRANTS** the request and **ORDERS** the cash collateral of $2,500.00, plus all accrued interest, be returned to the Surety at 314 Blackbird Court, Edgewood, MD 21040.

This 11th day of January, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA